IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-5-FDW-DCK

| | |
|---|---|
| ZEP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIDWEST MOTOR SUPPLY CO. d/b/a KIMBALL MIDWEST; STEVEN LAVE; SAMUEL TRANTHAM; and JOHN THOMAS BELK, <br><br> Defendant. | ORDER |

THIS MATTER is before the Court on the Plaintiff's "Application For Admission To Practice Pro Hac Vice" (Document No. 42) filed January 28, 2009 for Admission *Pro Hac Vice* of Megan K. Ouzts, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Megan K. Ouzts of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, is a member in good standing of the Bar of the State of Georgia and is admitted to practice in other Courts.

It further appears that Ms. Ouzts has associated Louis B. Meyer, III of Poyner Spruill, LLP as local counsel.

IT IS THEREFORE ORDERED that Megan K. Ouzts be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Plaintiff.

Signed: January 29, 2009

_____
David C. Keesler
United States Magistrate Judge